JS-6

Bret D. Lewis (State Bar No.166819)
Law Offices of Bret D. Lewis
Santa Monica Wellesley Plaza
12304 Santa Monica Blvd.-3rd Fl.
Los Angeles, CA 90025
Phone: 310-207-0696
Fax: 310-362-8424

Attorney for Plaintiff
David Menefield

FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Menefield, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>TUFF JEW PRODUCTIONS LLC, a Pennsylvania limited liability company, and Scott Storch, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 07 3081 (RGK) (SSx)<br><br>[PROPOSED] ORDER/JUDGMENT AGAINST TUFF JEW PRODUCTIONS LLC AND SCOTT STORCH |

Before the Court is the Motion for Judgment By Default of plaintiff David Menefield as to defendants Tuff Jew Productions LLC and Scott Storch on all issues of liability and damages. The Court hereby enters the following Order specifically setting forth the rulings of the Court:

1

It is hereby ORDERED, ADJUDGED AND DECREED:

(1) That defendants Tuff Jew Productions LLC and Scott Storch breached the terms of the Promissory Note attached hereto as Exhibit A.

(2) That defendants Tuff Jew Productions LLC and Scott Storch, jointly and severally, shall pay to plaintiff the sum of $ 521,105 .

IT IS SO ORDERED:

By _Gary Klausner_
JUDGE R. GARY KLAUSNER

Entered this 3 day of JUNE, 2009.

2